Case 7:26-cv-08856-KMK Document 12 Filed 11/06/26 Page 1 of 1

**SILVERMAN & ASSOCIATES | ATTORNEYS AT LAW**

November 6, 2026

**VIA ECF**
Hon. Kenneth M. Karas.
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: *Killins v. Monticello Central School District, et al.*, 26CV08856 (KMK)

Dear Judge Karas,

This firm represents the Defendants in the above-referenced matter and write with the consent of Plaintiff's Counsel to request a brief extension of the current deadline for Defendants to respond to the Complaint in this matter. This firm was only recently retained to represent the Defendants in this matter and requires additional time to review the Complaint, investigate its claims and allegations, and prepare an appropriate response. Accordingly, Defendants respectfully request that their time to do so be extended to November 30, 2026. Plaintiff's Counsel has consented to this request.

Thank You for Your Honor's consideration in this matter.

Respectfully submitted,

Granted.

So Ordered.

11/6/26

**SILVERMAN & ASSOCIATES**

Gerald S. Smith

CC: **Via ECF**
*All Counsel Of Record*

445 Hamilton Ave., Suite #1102 | White Plains, NY 10601
914.574.4510 Main | 914.574.4515 Fax | silvermanandassociatesny.com